IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:94CR3000 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| GREGORY T. WALSH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order previously filed this date,

IT IS ORDERED that judgment is entered for the United States and against the defendant, providing that the defendant shall take nothing and the defendant's petition for post-conviction relief (filing 86) is denied on the merits.

DATED: May 10, 2005.   BY THE COURT:

s/ Richard G. Kopf
United States District Judge